**Electronically Filed
Supreme Court
SCAD-11-0000087
15-MAR-2011
08:35 AM**

SCAD-11-0000087

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

vs.

NATHAN PACO, Respondent.

---

ORIGINAL PROCEEDING
(ODC 10-054-8888)

NOTICE AND ORDER
(By: Nakayama, J., for the court[1])

Upon consideration of the Office of Disciplinary Counsel's petition for issuance of reciprocal discipline notice to Respondent Nathan Paco, and the memorandum, affidavit, and exhibits appended thereto, it appears: (1) on May 21, 2010, the Supreme Court of California disbarred Respondent Paco, required him to make restitution recommended by the Hearing Department of the State Bar Court of California, and required him to comply with Rule 9.20 of the California Rules of Court; (2) Rule 2.15(b) of the Rules of the Supreme Court of the State of Hawaiʻi (RSCH) requires issuance of a notice that imposition of the same or substantially equivalent discipline (disbarment with conditions that respondent make restitution and comply with court rules) will be imposed pursuant to RSCH Rule 2.15(c) in the State of

---

[1]Considered by: Recktenwald, C.J., Nakayama, Duffy and McKenna, JJ. and Intermediate Court of Appeals Chief Judge Nakamura, in place of Acoba, J., recused.

Hawaiʻi, unless Respondent Paco shows cause as to why such discipline is unwarranted; and (3) Respondent Paco is not in the State of Hawaiʻi. Therefore,

IT IS HEREBY ORDERED that the petition is granted, and Respondent Paco shall, pursuant to RSCH Rule 2.15(b), inform this court, within thirty (30) days after service of this notice, of his claim(s) and the reasons therefor, as to why an equivalent or substantially equivalent discipline in the State of Hawaiʻi is unwarranted.

IT IS FURTHER ORDERED, pursuant to RSCH Rule 2.15(b), that the Office of Disciplinary Counsel shall, in accordance with the service requirements of RSCH Rule 2.11, serve upon Respondent Paco a copy of this Notice and Order, and a copy of the California Supreme Court's disbarment order. Service may be effectuated by certified mail to the address shown on Respondent Paco's latest registration statement or any other last known address, as provided by RSCH Rule 2.11(a).

DATED: Honolulu, Hawaiʻi, March 15, 2011.

FOR THE COURT:

/s/ Paula A. Nakayama

Associate Justice



2